UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

SEP 07 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Cortez Mitchell Lewis

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**07CV5051**
**JUDGE NORDBERG**
**MAG. JUDGE SCHENKIER**

vs.

The City of Chicago
OFF. William Wagner #10600
OFF. Mahmoud Haleem #14493

Case No: 06CR 19092
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Cortez Mitchell Lewis

B. List all aliases: Tez

C. Prisoner identification number: I.D.# 200600516039

D. Place of present confinement: C.C.D.O.C.

E. Address: 26th California Chicago ILL 60608 P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: City of Chicago

Title:

Place of Employment: Chicago Police Department

B. Defendant: William Wagner #16600

Title: Chicago Police Officer

Place of Employment: Chicago Police Department

C. Defendant: Mahmoud Haleem #14193

Title: Chicago Police Officer

Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (✓)

C. If your answer is **YES**:

1. What steps did you take? N/A

2. What was the result? N/A

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.) N/A

D. If your answer is **NO**, explain why not: N/A

3

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

1. What steps did you take? N/A

2. What was the result? N/A

H. If your answer is **NO**, explain why not:
NO I HAVEN'T FILLED OUT A GRIEVANCE, BECAUSE the LAWSUIT I'M APPLYING for HAVES nothing to DO WITH C.C.D.O.C. it is AGAINST the CHICAGO Police DEPARTMENT. the GRIEVANCES they HAVE Here Are for C.C.D.O.C. only, AND it HAVES nothing to DO WITH C.P.D. I AM WAITING for O.P.S. to COME tAlk to Me ABout the inciDents, But they HAVEN'T MADE it yet, thats why I HAVEN'T filled out ANY COMPIAints.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.  Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 23, 2006 between 12:30 P.M and 1:00 A.M. there was a Block Club Party on 59th in Bishop when a fight broke out between Cortez Lewis and unknown suspect. In the process of the unknown suspect and Me fighting, the unknown suspect pulls out a Gun. As we wrestling for the Gun, I over power the unknown suspect, and I snatch the Gun out of his hand. In the process of us wrestling for the Gun, the Gun was discharge a couple of times. After that I turned around and I heard "Freeze" drop the weapon muthafucker, thats when I seen plain clothes officer William Wagner, and plain clothes officer Mahmoud Haleem, running up towards me aiming their Guns at my head. So as I try to put the Gun down on the ground I just see fire coming out of their Guns, Bullets whizzing by my head, then I felt one Bullet hit me in my left knee, then the other one hit me in my left foot, causing me to collapse to the ground. After that

6

they put me in handcuffs, then they put me in the back of the ambulance. Rush me to Holy Cross Hosipital on 69th in Western. later on After I had surgery on my knee, I found out that there was a bullet still stuck in the hill of my foot, which it broke the hill of my foot, And the bullet that Hit me in my knee, went in And out, but it knock a chunk of bone off of my knee cap, causing me Great Bodily Harm, And Permanent Walking Disability. October 10th, 2006 is when I start back half way walking again. November 28, 2006 is when I had surgery Again, And they finally took the bullet out of my foot. I feel like officer William Wagner, And officer Mahmoud Haleem use Accessive force on me, Because First of All they didn't give me no chance to put the gun down, Second of All they Jeoperdize the lives of innocent Civilians, Because it was over seventy five people outside, And third of all, that was A un-professional line of work of A Chicago Police officer.

7

VI.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Court to hold the officers Responsible for using Accessive force, And I would like to be Re in Burst for Medical expenses And Pain And suffering, Caused from the use of Accessive force By the Chicago Police Department.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of 8-27, 20 07

_Cortez Lewis_
(Signature of plaintiff or plaintiffs)

Cortez Lewis
(Print name)

20060056039
(I.D. Number)

26th California Chicago ILL 60608 P.O.Box 089002
(Address)

8